```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| ANTONIO TADEU GIACOMET, as father and natural guardian of ALINE FERNANDA SIMOES PIRES GIACOMET, a minor and individually, and ADRIA FATIMA SIMOES PIRES GIACOMET,<br><br>     Plaintiffs,<br><br>-against-<br><br>FRED JACOB EPSTEIN, JOSEPH GERALD MCCARTHY, WILLIAM NOYES BERNHARD, FRED DANZIGER, and UNIVERSITY HOSPITAL OF THE NEW YORK UNIVERSITY MEDICAL CENTER,<br><br>     Defendants. | 80-cv-7363 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

**SO ORDERED.**

Dated: September 6, 2022
    New York, New York

            */s/ Loretta A. Preska*
            LORETTA A. PRESKA
            Senior United States District Judge